IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NUMBER 1:20-CR-296-JPB-CMS |
| RICKY DIXON<br>MEGHAN THOMAS<br>DWAN ASHONG<br>JOHN GAINES<br>DAVID BELGRAVE, II<br>RYAN WHITLEY<br>EL HADJ SALL<br>RICK MCDUFFIE<br>TELDRIN FOSTER,<br>       Defendant. | |

## **O R D E R**

For good cause shown, the motions by defendant's Meghan Thomas, Dwan Ashong, John Gaines, David Belgrave, II, Ryan Whitley, Rick McDuffie and Teldrin Foster to continue the pretrial conference and deadline for pretrial motions [Docs. Nos. 431, 432, 433, 434, 435, 436, and 437] are GRANTED. The oral motions by Ricky Dixon and El Hadj Sall to continue the pretrial conference and deadline for pretrial motions are GRANTED. The pretrial conference for the above defendants is re-scheduled to April 7, 2022, at 10:30 a.m. by Zoom. The defendants have until April 4, 2022, to file any pretrial motions.

The time from March 16, 2022, to and until April 7, 2022, is excluded from the Speedy Trial Act computation under 18 U.S.C. §3161(h)(7)(B)(i) on the grounds that the additional time is necessary to afford defendant reasonable time for effective preparation, taking into account the exercise of due diligence.

IT IS SO ORDERED this 17th day of March, 2022.

*[signature: Catherine Salinas]*

CATHERINE M. SALINAS
United States Magistrate Judge